**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**SUZANNE B. COX**                                                                                          **PLAINTIFF**

**VS.**                                                                                     **NO. 3:16-CV-00668-HTW-LRA**

**WELLS P. RICHARDS and**
**CANUCANOE RENTAL CABINS, LLC**                                                  **DEFENDANTS**

---

**FINAL JUDGMENT**

---

      This Court entered its Order granting the Defendant's Motion to Dismiss and dismissing this case with prejudice on this date, which Order is incorporated herein by reference. For the reasons assigned in the Court's Order the Court concludes that this case should be and is hereby finally dismissed as to all parties, with prejudice.

      **IT IS, THEREFORE, ORDERED AND ADJUDGED** that the complaint be, and it is hereby dismissed with prejudice in accordance with this court's Order of this same date, with costs taxed to plaintiff.

      **SO ORDERED AND ADJUDGED**, this the 26th day of September, 2017.

                                                  ____s/ HENRY T. WINGATE_____
                                                  UNITED STATES DISTRICT COURT JUDGE